UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Philip Rogers,

Plaintiff,

v.

Northwest Airlines, Inc.

Defendant.

Civil No. 00-CV-2340

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

The parties, through their respective counsel, hereby stipulate and agree that Plaintiff Philip Rogers' claims against Northwest Airlines, Inc. in the above-referenced matter shall be dismissed without prejudice.

Dated: March 30, 2001

STRANDEMO & SHERIDAN

By: ______________________
Aaron T. Stone #231715
320 Eagandale Office Center
1380 Corporate Center Curve
Eagan, MN 55121
(651) 686-8800

ATTORNEYS FOR PLAINTIFF

Dated: March 30, 2001

HALLELAND LEWIS NILAN SIPKINS & JOHNSON, P.A.

By: ______________________
Donald M. Lewis, Reg. No. 62844
Tracy J. Van Steenburgh, Reg. No. 141173
Joseph G. Schmitt, Reg. No. 31447
Pillsbury Center South, Suite 600
220 South Sixth Street
Minneapolis, Minnesota 55402
(612) 338-1838

ATTORNEYS FOR DEFENDANT NORTHWEST AIRLINES, INC.

FILED ______________
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______________
DEPUTY CLERK ______________

DN: 113840

00-2340 (MJD/JGL) Rogers v. Northwest Airlines

***SO ORDERED:***

Michael J. Davis

Honorable Michael J. Davis
United States District Judge

April 6, 2001